IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| MICHAEL JARROW, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:22-CV-34-Z-BR |
| | § | |
| KEVIN A. MEDRANO, | § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
AND
DISMISSING CIVIL RIGHTS CLAIM**

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge to dismiss for want of prosecution the civil rights claim filed by the Plaintiff in this case. (ECF 7). An objection to the findings, conclusions, and recommendation has been filed. (ECF 9). After making an independent review of the pleadings, files, records, and objection in this case, the Court concludes that the findings, conclusions, and recommendation of the Magistrate Judge are correct. It is therefore **ORDERED** that the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED**, the motions for leave to proceed *in forma pauperis* and to reopen are **DENIED**, and the case is **DISMISSED WITHOUT PREJUDICE**.

**IT SO ORDERED**.

Entered January __20__, 2023.



MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE